UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JERMAURA PAIGE WRIGHT,** | Case No. CV 12-4385 JVS (AJW) |
| **Plaintiff,** | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| **CAROLYN W. COLVIN,** Acting Commissioner of Social Security, | |
| **Defendant.** | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the Supplemental Report and Recommendation of Magistrate Judge. No objections to the Report have been filed within the time allowed. Good cause appearing, the Court accepts the findings and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED: March 24, 2014

_____
JAMES V. SELNA
United States District Judge