UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERMAURA PAIGE WRIGHT, ) <br>       Plaintiff, ) <br>       ) <br>    v. ) <br>       ) <br> CAROLYN W. COLVIN, ) <br> ACTING COMMISSIONER OF ) <br> SOCIAL SECURITY, ) <br>       ) <br>       Defendant. ) <br> _____ ) | No. CV 12-4385 JVS (AJW) <br><br><br><br><br> J U D G M E N T |

**IT IS ADJUDGED** that the Commissioner's decision is reversed, and that this matter is remanded to defendant for further administrative proceedings consistent with the Report and Recommendation.

.

DATED: March 24, 2014

_____
JAMES V. SELNA
United States District Judge