UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **JERMAURA PAIGE WRIGHT,** | Case No. CV 12-4385 JVS (AJW) |
| **Plaintiff,** | |
| v. | **ORDER ACCEPTING REPORTS OF MAGISTRATE JUDGE** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report"), the Supplemental Report and Recommendation of Magistrate Judge, and plaintiff's objections to the Report. Good cause appearing, the Court accepts the findings and recommendations contained in the Report and the Supplemental Report after having made a de novo determination of the portions of the Report to which objections were directed.

**IT IS SO ORDERED**.

DATED: October 7, 2014

_____
JAMES V. SELNA
United States District Judge