UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JERMAURA PAIGE WRIGHT,<br><br>        Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>        Defendant. | No. CV 12-4385 JVS (AJW)<br><br><br><br><br><br>J U D G M E N T |

**IT IS ADJUDGED** that the Commissioner's decision is reversed, and that this matter is remanded to defendant for further administrative proceedings consistent with the Report and Recommendation.

.

DATED: October 7, 2014

_____

JAMES V. SELNA

United States District Judge